# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KAROLIS KUBELSKAS and, ) <br> EMILY BRUNNER, individually and on ) <br> behalf of all persons similarly situated, ) <br> as class/collective representative, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JIMMY JOHN'S ENTERPRISES, INC., ) <br> and JS FORT GROUP, INC. ) <br> ) <br> **Defendants.** ) | Case No.: 14-CV-06134 <br><br> Hon. Judge Norgle <br><br> Magistrate Judge Mason <br><br> Jury Trial Demanded On All Counts |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs, Karolis Kubelskas and Emily Brunner, by and through their attorneys, the undersigned counsels of record, hereby voluntarily dismiss the above captioned action, without prejudice, against the Defendants. Defendants have not served an answer or a motion for summary judgment, as of the filing of this notice of dismissal, without prejudice.

Dated: <u>September 2, 2014</u>            Respectfully submitted,

                FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC

                <u>/s/Kathleen C. Chavez</u>
                Robert M. Foote, Esq.
                Kathleen C. Chavez, Esq.
                Peter L. Currie, Esq.
                Kevin Noll, Esq.
                FOOTE, MEILKE, CHAVEZ & O'NEIL, LLC
                10 West State Street
                Suite 200
                Geneva, IL 60134
                Telephone: (630) 232-7450
                Facsimile: (630) 232-7452

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2014, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record.

                                                                         /s/Kathleen C. Chavez